# EXHIBIT 1

# United States of America
### United States Patent and Trademark Office

# BLONDIE

**Reg. No. 5,710,345**
**Registered Mar. 26, 2019**
**Int. Cl.: 9, 14, 16, 25, 35**
**Service Mark**
**Trademark**
**Principal Register**

BEND OIL LLC (NEW YORK LIMITED LIABILITY COMPANY)
2850 Ocean Park Blvd., Suite 300
C/o Provident Financial
Santa Monica, CALIFORNIA 90405

CLASS 9: Musical sound recordings; phonograph records featuring music; audio and video recordings featuring music and artistic performances; digital media, namely, pre-recorded video cassettes, digital video discs, digital versatile discs, downloadable audio and video recordings, CDs, DVDs, high definition digital discs featuring music, musical entertainment and artistic performances

FIRST USE 12-31-1975; IN COMMERCE 12-31-1975

CLASS 14: watches

FIRST USE 10-31-2017; IN COMMERCE 10-31-2017

CLASS 16: Posters, stickers

FIRST USE 12-31-1977; IN COMMERCE 12-31-1977

CLASS 25: Clothing, namely, t-shirts, jerseys, hoodies, shirts

FIRST USE 12-31-1977; IN COMMERCE 12-31-1977

CLASS 35: Online retail store services featuring musical sound recordings, phonograph records featuring music, audio and video recordings featuring music, musical entertainment and artistic performances, digital media, namely, downloadable audio, CDs, high definition digital discs featuring music, musical entertainment and artistic performances, watches, posters, stickers and clothing

FIRST USE 12-31-2006; IN COMMERCE 12-31-2006

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2488096

The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

SER. NO. 87-344,213, FILED 02-21-2017



Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.