IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BEND OIL LLC,<br><br>                       Plaintiff,<br><br>v.<br><br>BESTCHANCE STORE, et al.,<br><br>                      Defendants. | Case No. 24-cv-02438<br><br>**Judge Franklin U. Valderrama**<br><br>**Magistrate Judge Beth W. Jantz** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Bend Oil LLC hereby dismisses this action with prejudice as to the following Defendant:

| Defendant Seller Alias | Schedule A Line No. |
|---|---|
| ArtWisher | 72 |

1

Dated this 17th day of May 2024.    Respectfully submitted,

                                                           <u>/s/ Martin F. Trainor</u>
Martin F. Trainor
Sydney Fenton
Alexander Whang
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
sydney@tme-law.com
alexander@tme-law.com

*Counsel for Plaintiff Bend Oil LLC*